Form 210A (10/06)

# United States Bankruptcy Court

_____Brownsville___ District Of _____Texas____

In re ___Paola E. Garza___          Case No. ___09-10135___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| __Servicer - West Coast Servicing Inc.__<br>Name of Transferee | __Asset Management West 7, LLC__<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>18831 Von Karman Avenue, Suite 380<br>Irvine, CA  92612<br><br>Last Four Digits of Acct#:_____<br><br>Name and Address where transferee payments should be sent (if different from above):<br><br>18831 Von Karman Avenue, Suite 380<br>Irvine, CA 92612<br><br>Last Four Digits of Acct#:_____ | Court Claim # (if known): ___1_____<br>Amount of Claim: __206,942.22_____<br>Date Claim Filed:_April 20, 2009_____<br><br><br>Last Four Digits of Acct. #:_1017_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Gregory A. Balcom_____          Date:___December 8, 2010____
Balcom Law Firm, P.C.
Authorized Agent/Entity for
Asset Management West 7, LLC

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 & 3571.